# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew Charles Jackson, | No. CV-15-00579-TUC-RCC |
| Petitioner, | **ORDER** |
| v. | |
| J.T. Shartle, | |
| Respondent. | |

Pending before the Court is the pro se petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 by Andrew Charles Jackson ("Petitioner") and Magistrate Judge Ferraro's July 19, 2017 Report and Recommendation ("R&R") recommending dismissal of the petition. Neither Petitioner nor Respondent filed objections to the R&R.

The Court accepts and adopts Magistrate Judge Ferraro's R & R as the findings of fact and conclusions of law of this Court.

**I. Background**

The factual and procedural background of this matter are thoroughly detailed in the R&R. The Court fully incorporates by reference this section of the R&R.

**II. Discussion**

The duties of the district court in connection with a R & R are set forth in Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). Thereunder the district court may "accept, reject, or modify the recommended disposition; receive further

evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1).

Where the parties object to an R & R, "[a] judge of the [district] court shall make a de novo determination of those portions of the [R & R] to which objection is made." 28 U.S.C. § 636(b)(1); see *Thomas v. Arn*, 474 U.S. 140, 149-50 (1985). When no objection is filed, the district court need not review the R & R de novo. *Wang v. Masaitis*, 416 F.3d 992, 1000 n. 13 (9th Cir.2005); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121-22 (9th Cir. 2003) (en banc). "[T]he magistrate judge's decision…is entitled to great deference by the district court." *U.S. v. Abonce-Barrera*, 257 F.3d 959, 969 (9th Cir. 2001). The Court will not disturb a magistrate judge's recommendation unless his factual findings are clearly erroneous or his legal conclusions are contrary to law. 28 U.S.C. § 636(b)(1)(A).

Here, the parties have not objected to the R & R, which relieves the Court of its obligation to review either the factual findings or legal conclusions de novo. See *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1) ] does not ... require any review at all ... of any issue that is not the subject of an objection."); Fed.R.Civ.P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to.").

After a thorough review of the record, this Court considers the R & R to be thorough and well-reasoned. The Court will adopt Magistrate Judge Ferraro's R&R in its entirety. Accordingly,

…

…

…

**IT IS ORDERED:**

1. Magistrate Judge Ferraro's R&R (**Doc. 16**) is **ACCEPTED** and **ADOPTED** as the findings of fact and conclusions of law by this Court;

2. **DISMISSING** the Petition (**Doc. 1**).

Dated this 3rd day of October, 2017.

_____
Honorable Raner C. Collins
Chief United States District Judge